IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,

    Plaintiff,

  v.

CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP.,

    Defendants.

No. C 06-04538 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **NOVEMBER 9, 2006, AT 8:00 A.M.**, immediately following the hearing on Panasonic's motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 23, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE