1  [ALL COUNSEL LISTED ON SIGNATURE PAGE]

2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., | CASE NO. C 06 4538 WHA |
| 13 Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER RE: SCHEDULE FOR CLAIM CONSTRUCTION** |
| vs. | |
| 14 CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP., | |
| 15 Defendants. | Judge: Hon. William H. Alsup<br>Place: Courtroom 9 |
| 16 | |

17

18      Pursuant to the Court's Case Management Order and Reference to Magistrate

19 Judge for Settlement/Mediation [Docket #32], Plaintiff Matsushita Electric Industrial Co., Inc.

20 ("Panasonic") and Defendants CMC Magnetics Corp., KHypermedia Corp., and Hotan Corp.

21 ("Defendants") jointly submit this Proposed Order regarding the schedule for claim construction.

22      WHEREAS, on November 9, 2006, the Court ordered the parties to submit a

23 proposed order re schedule for claim construction by November 30, 2006;

24      WHEREAS, the parties have met and conferred and have agreed on the following

25 schedule for claim construction;

26      NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by

27 and between the parties, through their respective counsel of record, that the following schedule

28 for claim construction be adopted.

| Event | Proposed Date |
|---|---|
| Parties exchange phrases for claim construction. | January 31, 2007 |
| Parties exchange proposed constructions. | February 16, 2007 |
| Parties file a Joint Claim Construction Statement pursuant to Patent Local Rule 4-3. | February 21, 2007 |
| Panasonic files its opening claim construction brief. | February 28, 2007 |
| Tutorial (as specified in ¶ 5 of Court's Case Management Order). | March 12, 2007 at 1:30 p.m. |
| Defendants file their claim construction brief. | March 14, 2007 |
| Panasonic files its reply claim construction brief. | March 21, 2007 |
| Claim Construction Hearing. | April 4, 2007 at 1:30 p.m. |

CMC notes that it intends to propose modifications to the foregoing claim construction schedule in light of the patent infringement counterclaim it seeks to add to the case through its Motion for Leave to Amend the Answer and Counterclaims. Modification of the foregoing schedule to account for the added counterclaim will enable the Court to conduct a single set of claim construction proceedings for all the patents at issue. If the Court grants the motion and CMC seeks to modify this proposed schedule, Panasonic may oppose CMC's request, because its claims against the defendants should not be delayed unduly by this proposed counterclaim.

/

/

STIPULATION AND PROPOSED ORDER RE: SCHEDULE FOR
CLAIM CONSTRUCTION

-2-

CASE NO. C 06 4538 WHA
260773

1   I hereby attest that I have on file all holograph signatures for any signatures
2   indicated by a "conformed" signature (/S/) within this e-filed document.

3   Respectfully submitted and requested by:

4

5   Dated: November 30, 2006    MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
6   CHRISTOPHER J. COX (Bar No. 151650)
    chris.cox@weil.com
7   JEFFREY G. HOMRIG (Bar No. 215890)
    jeffrey.homrig@weil.com
8   WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
9   Redwood Shores, CA 94065
    Telephone: (650) 802-3000
10  Facsimile: (650) 802-3100

11  DAVID YOHAI (*Pro Hac Vice*)
    david.yohai@weil.com
12  ADAM HEMLOCK (*Pro Hac Vice*)
    adam.hemlock@weil.com
13  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
14  New York, NY 10153
    Telephone: (212) 310-8000
15  Facsimile: (212) 310-8007

16  Attorneys for Plaintiff/Counterclaim Defendant,
    MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.
17

18  By: */s/ Jeffrey G. Homrig*
    Jeffrey G. Homrig
19

20  /
    /
21  /

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE: SCHEDULE FOR      1      CASE NO. C 06 4538 WHA
CLAIM CONSTRUCTION                                          260773

Dated: November 30, 2006

Steven H. Frankel (Bar No. 171919)
sfrankel@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Alexander J. Hadjis
ahadjis@sonnenschein.com
Richard G. Green
rgreen@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Attorneys for Defendants/Counterclaim Plaintiffs,
CMC MAGNETICS CORP., HOTAN CORP.,
KHYPERMEDIA CORP.

By: */s/ Richard Green*
Richard Green

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 4, 2006

_____
Hon. William H. Alsup
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*