MATTHEW D. POWERS (Bar No. 104795)
Email: matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
Email: chris.cox@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
Email: jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID YOHAI (*Pro Hac Vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*Pro Hac Vice*)
Email: adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiff
MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP.,<br><br>Defendants. | Case No. C-06-4538 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

ALAN R. FEIGENBAUM, an active member in good standing of the bar of the State of New York, and of the United States District Court for the Southern and Eastern Districts of New York, whose business address and telephone number is:

```
 1  MATTHEW D. POWERS (Bar No. 104795)
    Email: matthew.powers@weil.com
 2  CHRISTOPHER J. COX (Bar No. 151650)
    Email: chris.cox@weil.com
 3  JEFFREY G. HOMRIG (Bar No. 215890)
    Email: jeffrey.homrig@weil.com
 4  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 5  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
 6  Facsimile: (650) 802-3100

 7  DAVID YOHAI (Pro Hac Vice)
    Email: david.yohai@weil.com
 8  ADAM C. HEMLOCK (Pro Hac Vice)
    Email: adam.hemlock@weil.com
 9  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
10  New York, NY  10153
    Telephone:  (212) 310-8000
11  Facsimile:  (212) 310-8007

12  Attorneys for Plaintiff
    MATSUSHITA ELECTRIC INDUSTRIAL
13  CO., LTD.
```

FILED

JAN 0 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP.,<br><br>Defendants. | Case No. C-06-4538 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

ALAN R. FEIGENBAUM, an active member in good standing of the bar of the State of New York, and of the United States District Court for the Southern and Eastern Districts of New York, whose business address and telephone number is:

1  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
2  New York, New York, 10153
   Telephone: (212) 310-8000
3

4  having applied in the above-entitled action for admission to practice in the Northern District of

5  California on a *pro hac vice* basis, representing Matsushita Electric Industrial Co., Ltd.

6     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

7  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

8  *hac vice*. Service of papers upon and communication with co-counsel designated in the

9  application will constitute notice to the party. All future filings in this action are subject to the

10 requirements contained in General Order No. 45, *Electronic Case Filing*.

11

12 Dated: _____

13

14 _____
   Judge William H. Alsup
15 United States District Court

16    1-3-07

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD et al,

    Plaintiff,

v.

CMC MAGNETICS CORPORATION et al,

    Defendant.

Case Number: CV06-04538 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan R. Feigenbaum
Weil, Gotshal & Manges
767 Fifth Ave
New York, NY 10153

Dated: January 4, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk