ALEXANDER J. HADJIS (Admitted pro hac vice)
RICHARD G. GREEN (Admitted pro hac vice)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Email:   ahadjis@sonnenschein.com
         rgreen@sonnenschein.com

Attorneys for Defendants
CMC MAGNETICS CORP., HOTAN CORP., and
KHYPERMEDIA CORP.


MATTHEW D. POWERS (State Bar No. 104795)
CHRISTOPHER J. COX (State Bar No. 151650)
JEFFREY G. HOMRIG (State Bar No. 215890)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email:   matthew.powers@weil.com
         chris.cox@weil.com
         jeffrey.homrig@weil.com

Attorneys for Plaintiff
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CMC MAGNETICS CORP., HOTAN CORP., and KHYPERMEDIA CORP.,<br><br>Defendants. | Case No. C 06-04538 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA- KOBE, JAPAN** |

# DEPOSITION TO BE TAKEN AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN

TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA ASSIGNED TO OSAKA-KOBE, JAPAN

This request is made in conjunction with the above-captioned lawsuit, which relates to certain U.S. patents owned by Matsushita Electric Industrial Co. (Panasonic), whether those patents are valid and enforceable, and whether those patents are infringed by CMC Magnetics Corp., (CMC) Hotan Corp., (Hotan) and Khypermedia Corp., (Kypermedia) (collectively, Defendants).

Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17 of the United States-Japan Consular Convention, you have been duly appointed to permit, and counsel are hereby authorized to take, the oral depositions of the following witnesses, who will appear voluntarily, and to mark any documentary exhibits in connection therewith at the United States consulate in Osaka-Kobe, Japan:

| Deponent | Deposition Dates[1] |
|---|---|
| Mitsurou Moriya, Panasonic employee, 1006 Kadoma, Kadoma City Osaka 571-8501, Japan (MEI Business Address) | On or about February 13-14, 2007 |
| Namio Hirose Former Panasonic employee (retired) 1006 Kadoma, Kadoma City Osaka 571-8501, Japan (MEI Business Address) | On or about February 15-16, 2007 |
| Yoshihisa Fukushima Panasonic director 1006 Kadoma, Kadoma City Osaka 571-8501, Japan (MEI Business Address) | On or about February 20-21, 2007 |
| Osamu Yamaguchi Panasonic employee 1006 Kadoma, Kadoma City Osaka 571-8501, Japan (MEI Business Address) | On or about February 22-23, 2007 |

[1] These dates are subject to change upon agreement of the parties.

| | |
|---|---|
| Kunio Kimura<br>Panasonic employee<br>1006 Kadoma, Kadoma City<br>Osaka 571-8501, Japan<br>(MEI Business Address) | On or about March 5-6, 2007 |
| Kenichi Nagata<br>Panasonic employee<br>1006 Kadoma, Kadoma City<br>Osaka 571-8501, Japan<br>(MEI Business Address) | On or about March 7-8, 2007 |
| Noboru Itoh<br>Panasonic employee<br>1006 Kadoma, Kadoma City<br>Osaka 571-8501, Japan<br>(MEI Business Address) | On or about March 8-9, 2007 |

Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the United States Consulate in Osaka-Kobe, Japan, before any Consul or Vice Consul of the United States, or such other consulate as may be available, on or about the dates indicated, and authority is given to mark any documentary exhibits in connection with these depositions. The testimony obtained shall be used for any and all appropriate purposes.

The parties hereby agree that the court reporter will distribute copies of the deposition transcript with no further involvement of the consulate.

Counsel for Defendants who may participate in these depositions are Alexander J. Hadjis, Steven H. Frankel, Richard Green, Laura Wytsma, Mark E. Wadrzyk, Michael Maas, David Ziskind, Yan Wang, Robert Giles, and Paul Kletzly, along with staff-member Mary Christine Eggstaff. Counsel for Panasonic who may participate in these depositions are Matthew D. Powers, Jeffrey G. Homrig, Christopher J. Cox, David Yohai, Eugene Mar, and Adam Hemlock. Hironobu Tsukamoto of Weil, Gotshal & Manges, the law firm representing Panasonic, and one or more employees of Panasonic may also attend the depositions. These proceedings may be reported by a court reporter (Delaine Hall of LAD Reporting and/or another court reporter) and may be videotaped by a videographer (Paul Diserio, Dean Harrington, and/or another videographer) chosen by CMC for this purpose. The proceedings may be translated by an interpreter (Bruce Holcombe and associates and/or another interpreter) chosen by CMC. A

check interpreter chosen by Panasonic (Hollis Ann Otsuka, Sadaaki Matsutani, or another interpreter) may participate in the deposition as well.

SO STIPULATED.

Dated: January 4, 2007

ALEXANDER J. HADJIS
ahadjis@sonnenschein.com
RICHARD G. GREEN
rgreen@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6400
Facsimile: (202) 408-6399


By: /s/ Richard Green
      Richard Green

Dated: January 4, 2007

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff/Counterclaim Defendant,
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.


By: /s/ Jeffrey G. Homrig
      Jeffrey G. Homrig


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 8, 2007

_____
Hon. William H. Alsup
United States District Court Judge