E-Filing

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., Ltd., | CASE NO. C 06-04538 WHA |
| Plaintiff(s), | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| CMC MAGNETICS CORP., HOTAN CORP., and KHYPERMEDIA CORP., | |
| Defendant(s). | |

David Ziskind, an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW., Suite 600, East Tower
Washington, DC 20005
(202) 408-6400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/7/07

The Honorable William H. Alsup
United States Magistrate Judge