1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**
2
3
4
5
6
7
8
9                    IN THE UNITED STATES DISTRICT COURT
10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                              SAN FRANCISCO DIVISION
12
13
14 | MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., | Case No. C-06-4538 WHA
15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINES FOR OPENING AND RESPONSIVE CLAIM CONSTRUCTION BRIEFS BY TWO DAYS**
16 | v. |
17 | CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP., |
18 | Defendants. |
19
20
21        Plaintiff Matsushita Electric Industrial Co., Inc. ("Panasonic") and Defendants
22 CMC Magnetics Corp., KHypermedia Corp., and Hotan Corp. ("Defendants") submit this
23 Stipulation and Proposed Order regarding the schedule for claim construction.
24        WHEREAS, Panasonic wishes to continue the deadline for its opening claim
25 construction brief by two days; and Defendants do not object to such continuation provided that
26 the deadline to submit their responsive claim construction brief is also continued by two days;
27        NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by
28 and between the parties, through their respective counsel of record, that the deadlines for filing

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE
DEADLINES FOR OPENING AND RESPONSIVE CLAIM
CONSTRUCTION BRIEFS BY TWO DAYS

Case No. C-06-4538 WHA
SV1:\266571\01\5p_r01!.DOC\62130.0329

1 Panasonic's Opening Claim Construction brief and CMC's Responsive Claim Construction Brief
2 be continued by two days to Friday, March 2, 2007 and Friday, March 16, 2007, respectively.
3 The parties <u>do not</u> ask that the Court continue the deadline for filing Panasonic's Reply Brief or
4 the date for the *Markman* hearing, which are March 21, 2007 and April 4, 2007, respectively.

5     I hereby attest that I have on file all holograph signatures for any signatures
6 indicated by a "conformed" signature (/S/) within this e-filed document.

7     Respectfully submitted and requested by:

8 Dated: February 28, 2007

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID YOHAI (*Pro Hac Vice*)
david.yohai@weil.com
ADAM HEMLOCK (*Pro Hac Vice*)
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiff/Counterclaim Defendant,
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

By: */s/ Jeffrey G. Homrig*
    Jeffrey G. Homrig

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE
DEADLINES FOR OPENING AND RESPONSIVE CLAIM
CONSTRUCTION BRIEFS BY TWO DAYS

2

Case No. C-06-4538 WHA
SV1:\266571\01\5p_r01!.DOC\62130.0329

Dated: February 28, 2007

STEVEN H. FRANKEL (Bar No. 171919)
sfrankel@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

ALEXANDER J. HADJIS
ahadjis@sonnenschein.com
RICHARD G. GREEN
rgreen@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street N.W.
Suite 600, East Tower
Washington, DC 20005-3364
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Attorneys for Defendants/Counterclaim Plaintiffs,
CMC MAGNETICS CORP., HOTAN CORP.,
KHYPERMEDIA CORP.

By: */s/ Richard Green*
    Richard Green

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 1, 2007

_____
Hon. William H. Alsup
United States District Court Judge

[Stamp: UNITED STATES DISTRICT COURT — IT IS SO ORDERED — Judge William Alsup — NORTHERN DISTRICT OF CALIFORNIA]