[APPEARANCES LISTED ON SIGNATURE PAGES]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP., <br><br> Defendants. | Case No. C-06-4538 WHA <br><br> **STIPULATION RE CONTINUANCE OF CLAIM CONSTRUCTION BRIEFING AND COURT TUTORIAL, AND SETTING FURTHER STATUS CONFERENCE; [PROPOSED] ORDER** |

On March 1, 2007, the Court held a Telephonic Status Conference. Christopher J. Cox appeared for plaintiff, Matsushita Electric Industrial Co, Ltd.; Alexander J. Hadjis appeared for defendants, CMC Magnetics Corp., Hotan Corp., and KHypermedia Corp. As a result of the Conference with the Court, the parties hereby stipulate and agree that:

1. The Court Tutorial currently scheduled for March 12, 2007 at 1:30 p.m. will be continued to March 26, 2007 at 1:30 p.m.

2. The Claim Construction Hearing currently scheduled for April 4, 2007 at 1:30 p.m. will be continued to April 18, 2007 at 1:30 p.m.

3. The filing dates for the claim construction opening, responsive and reply briefs will be continued by two weeks from their original due dates to March 14, 2007, March 28, 2007 and April 4, 2007, respectively.

The parties will appear for a Status Conference on Monday, March 12, 2007 at 2:00 p.m. ~~1:30 p.m.~~ in Courtroom No. 9, 19th Floor of the U.S. District Court, 450 Golden Gate Avenue, San Francisco, California, to advise the Court of the status of settlement negotiations.

Respectfully submitted,

By  /s/ *Christopher J. Cox*
         Christopher J. Cox

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID YOHAI (*Pro Hac Vice*)
david.yohai@weil.com
ADAM HEMLOCK (*Pro Hac Vice*)
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Plaintiff*
*Matsushita Electric Industrial Co., Ltd.*

|   |   |
|---|---|
| 1 |   |
| 2 | By  /s/ *Alexander J. Hadjis* |
| 3 | Alexander J. Hadjis |
| 4 | ALEXANDER J. HADJIS (*pro hac vice*)<br>ahadjis@sonnenschein.com |
| 5 | RICHARD G. GREEN (*pro hac vice*)<br>rgreen@sonnenschein.com |
| 6 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 7 | 1301 K Street N.W.<br>Suite 600, East Tower |
| 8 | Washington, DC 20005-3364<br>Telephone: (202) 408-6400 |
| 9 | Facsimile: (202) 408-6399 |
| 10 | STEVEN H. FRANKEL (Bar No. 171919)<br>sfrankel@sonnenschein.com |
| 11 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 12 | 525 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 13 | Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300 |
| 14 |   |
| 15 | *Attorneys for Defendants/Counterclaim Plaintiffs, CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP.* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

Dated: March 5, 2007

_____
Hon. William Alsup
United States District Court Judge

Please note that the Status Conference on Monday, March 12, 2007, has been continued to 2:00 p.m.

STIPULATION RE CONTINUANCE OF CLAIM CONSTRUCTION BRIEFING & COURT TUTORIAL, AND SETTING FURTHER STATUS CONFERENCE; [PROPOSED] ORDER

3

Case No. C-06-4538 WHA C:\desktop\Stip re two week continuance.DOC