United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP., <br><br> Defendants. <br> _____/ | No. C 06-04538 WHA <br><br><br> **REQUEST FOR BRIEFING RE MOTION TO PRECLUDE** |

Plaintiff shall please respond to the motion of defendant CMC Magnetics Corporation to preclude filed March 16, by **MARCH 22, 2007, AT NOON**, with any reply thereto to be filed by **MARCH 26, 2007, AT NOON**. Both sides are reminded of their duties of candor and accuracy. Whether there will be a hearing will depend on a review of the submissions.

**IT IS SO ORDERED.**

Dated: March 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE