United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP., <br><br> Defendants. <br> _____ / | No. C 06-04538 WHA <br><br> **ORDER DENYING STIPULATION MODIFYING BRIEFING SCHEDULE** |

Parties' stipulation to extend the briefing schedule for defendants' motion to preclude is **DENIED**. The Court has already extended the briefing schedule in this action on the parties' representation that settlement is imminent. It will not be done again.

**IT IS SO ORDERED.**

Dated: March 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE