[All Counsel Listed On Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO, LTD,<br><br>Plaintiff,<br><br>v.<br><br>CMC MAGNETICS CORPORATION, HOTAN CORPORATION, and KHYPERMEDIA CORPORATION<br><br>Defendants. | Civil Action No. 06 C 4538<br><br>Honorable William H. Alsup |

### STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION

Matsushita Electric Industrial Co., Ltd. ("Panasonic") and CMC Magnetics Corp., Hotan Corp., and KHypermedia Corp. (collectively "CMC") have entered into a confidential settlement agreement ("Agreement"), which resolves the above-captioned matter. Pursuant to that agreement, the parties hereby stipulate and agree as follows:

1.  Panasonic's Complaint for Patent Infringement against CMC, including all claims relating to infringement of U.S. Patent Nos. RE37,185, 4,847,132, and 5,790,487, and any other claims arising from the facts stated therein, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

2.  CMC's Amended Answer and Counterclaims, including all counterclaims regarding the infringement, validity, and enforceability of U.S. Patent Nos. RE37,185, 4,847,132, and 5,790,487, and any other claims arising from the facts stated therein, is dismissed with

1  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

2        3. Panasonic and CMC shall each bear its own costs of suit and attorneys'
3  fees and no party is considered the "prevailing party" within the meaning of Rule 54(d) of the
4  Federal Rules of Civil Procedure.

5        4. This Stipulation shall be made an Order of the Court.

6        I hereby attest that I have on file all holograph signatures for any signatures
7  indicated by a "conformed" signature (/S/) within this e-filed document.

9  Dated: March 23, 2007

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID YOHAI (*Pro Hac Vice*)
david.yohai@weil.com
ADAM HEMLOCK (*Pro Hac Vice*)
adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiff/Counterclaim Defendant,
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

By: /s/ Christopher J. Cox
    Christopher J. Cox

| | |
|---|---|
| Dated: March 23, 2007 | Steven H. Frankel (Bar No. 171919)<br>sfrankel@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 882-5000<br>Facsimile: (415) 882-0300<br><br>Alexander J. Hadjis<br>ahadjis@sonnenschein.com<br>Richard G. Green<br>rgreen@sonnenschein.com<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1301 K Street N.W.<br>Suite 600, East Tower<br>Washington, DC 20005-3364<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399<br><br>Attorneys for Defendants/Counterclaim Plaintiffs, CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP.<br><br>By: /s/ Alexander J. Hadjis<br>Alexander J. Hadjis |

### ORDER

IT IS SO ORDERED.

Dated: March 23, 2007

*[Seal: UNITED STATES DISTRICT COURT — IT IS SO ORDERED — Judge William Alsup]*

Hon. William H. Alsup
United States District Court Judge