IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP., <br><br> Defendants. | No. C 06-04538 WHA <br><br> **ORDER DENYING PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES** |

Plaintiff made a request for attorney's fees for preparing an opposition to defendants' motion to preclude. The request is **DENIED**. CMC was correct that Matsushita should have complied with the local patent rules. The matter is now moot via settlement.

**IT IS SO ORDERED.**

Dated: March 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE